AO 442 (Rev. 12/85) Warrant for Arrest   AUSA LAURENCE M. BARDFELD   SPECIAL AGENT JOE COLLINS (954) 489-1730

## United States District Court

SOUTHERN DISTRICT OF FLORIDA   494472

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

REC'D by _____ D.C.
AUG 17 2000

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-4190-BSS
00-6211 CR DTKH

YOU ARE HEREBY COMMANDED to arrest _____ NABIL AQUII _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

BARRY SELTZER                                      U.S. MAGISTRATE JUDGE
~~CLARENCE MADDOX~~                                ~~COURT ADMINISTRATOR/CLERK OF THE COURT~~
Name of Issuing Officer                            Title of Issuing Officer

/s/ Barry Seltzer                                  July 30, ~~AUGUST~~ 2000, FORT LAUDERDALE, FLORIDA - 12:09 pm
Signature of Issuing Officer                       Date and Location

BSS                                                /s/ Barry Seltzer
Bail fixed at $PRE TRIAL DETENTION                 by BARRY S. SELTZER, UNITED STATES MAGISTRATE JUDGE
                                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at Chicago, IL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/30/00 | James A. Tassone United States Marshal SOuthern District of Florida | |
| DATE OF ARREST 8/3/00 | | Edward Purchase, SDUM |