UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED

AUG 25 2000

CLERK, USDC / SDFL / WPB

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THOMAS L. NAROG, )<br>GHANDI JABER, )<br>AHMAD ALMASRI, )<br>NADIA ALMASRI, )<br>MUTASEM AL-SALHI, )<br>SABER ABDELMUTI, )<br>RAED NASER ALDIN, )<br>NABIL AQUIL, )<br>NIZAR FNEICHE, )<br>MOTLAQ JABER, )<br>TEREK ZAKI ABU-LAWI, )<br>RABAH EL HADDAD, )<br>ZUHAIR MAHUMUD RABEI, )<br>and )<br>MOHAMMED SAMHAN, )<br>)<br>Defendants. )<br>_____ ) | Case Number 00-6211<br><br>Honorable Judge Hurley<br><br>Magistrate Judge Vitunac |

FILING FEE PAID 713048 $75.00
In Forma Pauperis _____
Clarence Maddox, Clerk

## MOTION TO APPEAR PRO HAC VICE

NOW COMES attorney PAUL GOODMAN respectfully requesting that this Honorable Court enter an Order permitting him leave to appear as attorney of record in the above referenced cause on behalf of the Defendant, NABIL AQUIL, and in support thereof attaches his affidavit and incorporates same by reference.

Dated: August ___, 2000

Respectfully submitted,

By: _____
Paul Goodman
Law Offices of Paul Goodman
Attorney for the Defendant Nabil Aquil
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602-3105
Telephone Number: 312-236-3060

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

AUG 25 2000

CLERK, USDC / SDFL / WPB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS L. NAROG,<br>GHANDI JABER,<br>AHMAD ALMASRI,<br>NADIA ALMASRI,<br>MUTASEM AL-SALHI,<br>SABER ABDELMUTI,<br>RAED NASER ALDIN,<br>NABIL AQUIL,<br>NIZAR FNEICHE,<br>MOTLAQ JABER,<br>TEREK ZAKI ABU-LAWI,<br>RABAH EL HADDAD,<br>ZUHAIR MAHUMUD RABEI,<br>and<br>MOHAMMED SAMHAN,<br><br>Defendants. | Case Number 00-6211<br><br>Honorable Judge Hurley<br><br>Magistrate Judge Vitunac |

State of Illinois  )
                   )  ss.
County of Cook  )

### AFFIDAVIT OF PAUL GOODMAN, ESQ.

I, PAUL GOODMAN, having first been duly sworn and under oath, do hereby state and depose as follows:

1. I am an attorney having been licensed to practice law in the State of Illinois since 1991. My Illinois Bar Number is 6207003. I am currently in good standing and have never been disciplined nor am I currently subject to any disciplinary proceedings.

2. I am also licensed to practice in the Northern District of Illinois (1991) and the United States Court of Appeals for the Seventh Circuit (1991).

3. I have appeared *pro hac vice* in several state and federal jurisdictions including, without limitation, California, Indiana, Iowa, New York, Minnesota, Kansas, Washington.

4. I have been asked by the Defendant, NABIL AQUIL, to represent him in the defense of those charges against him.

5. In light of the foregoing, I respectfully request that this Court permit my appearance in this matter *pro hac vice*.

FURTHER, Affiant sayeth naught.

_____
Paul Goodman, Esq.
Law Offices of Paul Goodman
Attorneys for the Defendant Nabil Aquil

Subscribed and Sworn to Before Me
this ____ the day of August, 2000

_____
Notary Public