# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/28/00   TIME: 9:30AM

DEFT. NABIL AQUIL (SURR)   CASE NO. 00-6211-CR-HURLEY

AUSA. LAURENCE BARDFELD   ATTY. Paul Goodman-temp

AGENT. ___   POSS/DISTRIBUTE PSEUDOEPHEDRINE TO MANUFACTURE CONTROLLED SUBSTANCE
VIOL. 21:841(D)(2), 846, 853

PROCEEDING INITIAL   BOND. ___

DISPOSITION Defendant advised of rights; Paul Goodman granted permission to appear Pro Hac Vice on a temporary basis. Report re: counsel and arraignment set 9/18/00 @ 9:30 am. Court adopted bond set in Illinois. $75,000 PSB. ~~Defend~~ secured by property. Report to Pretrial Services 1x month in person + 1x weekly by phone.

DATE: 8/28/00   TAPE: LRJ-00-80-68.