

# United States District Court
## Southern District of Florida

United States of America          Case# 00-6211-CR-DTKH
Vs

AQUL, NABIL _____          Prisoner # 200-7-424

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI        FT. LAUDERDALE        **WEST PALM BEACH**        FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST  8/28/00
2) LANGUAGE(S) SPOKEN  ENGLISH
3) OFFENSE(S) CHARGED  PWID PSEUDOEPHEDRINE
4) U.S. CITIZEN [✓] YES     [ ] NO     [ ] UNKNOWN
5) DATE OF BIRTH  3/16/60
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

CASE # _____
ORIGINATING DISTRICT _____
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO
7) AMOUNT OF BOND  75K          WHO SET BOND  CHICAGO
8) ARRESTING AGENT  SELF-SURRENDER    DATE  8/28/00
9) AGENCY _____       PHONE _____
10) REMARKS _____

