# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/18/2000   TIME: 9:30 AM

DEFT. NABIL AQUIL (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC

AUSA. *Steve Carlton* LAURENCE BARDFELD   ATTY. *Paul Goodman, Ret.*

AGENT. DEA   VIOL. 21:841(d)(2), 846

PROCEEDING: STATUS RE COUNSEL AND POSSIBLE ARRAIGNMENT

BOND. $75,000 PSB CONTINUED FROM ILLINOIS

DISPOSITION

Deft not present - Warrant Issued

Deft present with counsel @ 10:30 am
(Parties were in wrong courtroom)

Motion for Pro Hace Vice previously Granted & fee Paid.

Deft waives formal Reading of the Indictment & pleads not guilty.

*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested* — signed & dist.

Defense Request 60 days.

Status/Disc. set for 11-20-00 @ 9:30 am before Judge Johnson.

Deft. remains on bond

DATE: 9-18-00   TAPE: AEV 00-63-250/1370