UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NABIL AQUIL,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on SEPTEMBER 18, 2000, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: ON BOND

Telephone no.: _____

**DEFENSE COUNSEL:** Name: PAUL GOODMAN

Address: 33 NORTH DEARBORN STREET, SUITE 1015
CHICAGO, ILLINOIS 60602-3105

Telephone no.: (312) 236-3060

BOND/////CONTINUED: $ 75,000 PSB FROM ILLINOIS

BOND//// hrg held: YES __X__ NO___ BOND/PTD hrg set for_____

Dated this __18__ day of __SEPTEMBER__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service