UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
OCT 4 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
THOMAS L. NAROG, )   Case Number 00-6211-CR
GHANDI JABER, )
AHMAD ALMASRI, )
NADIA ALMASRI, )
MUTASEM AL-SALHI, )   Honorable Judge Daniel T. K. Hurley
SABER ABDELMUTI, )
RAED NASER ALDIN, )
NABIL AQUIL, )   Magistrate Judge Vitunac
NIZAR FNEICHE, )
MOTLAQ JABER, )
TEREK ZAKI ABU-LAWI, )
RABAH EL HADDAD, )
ZUHAIR MAHUMUD RABEI, )
and MOHAMMED SAMHAN, )
)
Defendants. )
)

## ORDER GRANTING PAUL GOODMAN'S
## MOTION TO APPEAR PRO HAC VICE FOR NABIL AQUIL

THIS CAUSE coming to be heard on the motion of Paul Goodman to appear pro hac vice as attorney of record in the above referenced cause on behalf of the Defendant, NABIL AQUIL, due notice having been given and this Court having been fully advised,

IT IS HEREBY ORDERED that Paul Goodman's motion to appear pro hac vice as attorney of record for the Defendant, NABIL AQUIL, is granted.

Entered: Oct. 2, 2000

Paul Goodman, Esq.
Attorneys for Defendant Nabil Aquil
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602-3105
Telephone Number: 312-236-3060
Facsimile Number: 312-236-5498

Daniel T. K. Hurley
United States District Court Judge