## COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 11/20/00   TIME: 9:30 AM

DEFT. NABIL AQUIL (B)     CASE NO. 00-6211-CR-HURLEY/VITUNAC
(Defendant not needed)
*Rolando Garcia*
AUSA. LAURENCE BARDFELD     ATTY. PAUL GOODMAN - RET

AGENT. DEA     VIOL. 21:841(d)(2), 846

PROCEEDING STATUS RE: DISCOVERY     BOND. $75,000 PSB

DISPOSITION: No pending motions. No discovery problems; Case is ready for trial. Estimated trial time - 14 days.

DATE: 11/20/00     TAPE: LRJ-00- 102-1238