# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

NABIL AQUIL

## WARRANT FOR ARREST

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC (s)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NABIL AQUIL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] **SUPERSEDING** Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**FAILURE TO APPEAR FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT**

in violation of Title _____ United States Code, Section(s) _____

CLARENCE MADDOX
Name of Issuing Officer

_Sandra Acevedo_
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 14, 2001, WEST PALM BEACH, FLORIDA
Date and Location

Bail fixed at $ __NO BOND__ by _____
Name of Judicial Officer
ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |