# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT.  NABIL AQUIL  (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA.  LAURENCE BARDFELD   ATTY. *Jack Goldberger for* PAUL GOODMAN (RETAINED)

AGENT.  DEA   VIOL. 21:841(a)(1), 846

PROCEEDING  ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $75,000 PSB

DISPOSITION

Atty. Jack Goldberger standing in for Atty. Goodman. Deft not present per phone call from Atty. Goodman, his client did not know he had to attend hearing. Warrant Issued — No Bond

DATE: 3-14-01   TAPE: AV01-16- 3330