IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION
Case Number 00-6211-CR-HURLEY/VITUNAC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number 00-6211 |
| ) | |
| NABIL AQUIL, ) | |
| ) | |
| Defendants. ) | |

NIGHT BOX FILED

MAR 16 2001

CLERK, USDC / SDFL / WPB

## MOTION TO RESCHEDULE ARRAIGNMENT AND QUASH WARRANT OF MARCH 14, 2001

NOW COMES the Defendant, NABIL AQUIL, by and through his attorney, PAUL GOODMAN, and for his motion to reschedule the arraignment and his motion to recall and quash the warrant issued on March 14, 2001, states as follows:

1. On March 14, 2001, the Defendant was scheduled to appear before the Honorable Magistrate Vitunac for his arraignment on the superceding indictment.

2. On March 7, 2001, the undersigned advised the Defendant to appear for the arraignment and, in accordance with said advice, the Defendant commenced making arrangements to travel from Chicago to so appear.

3. Subsequent thereto, the undersigned informed the Defendant that the undersigned was attempting to make arrangements to appear by telephone or have local counsel appear in his stead.

4. Unbeknownst to the undersigned, the Defendant misunderstood the undersigned and believed that his presence would not be necessary if the undersigned could make arrangements to appear by telephone.

5. The Defendant's misunderstanding was based upon his prior experiences where appearance in court was permitted through the implementation of an attorney/court telephonic conference.

6. Acting on his mistaken belief, the Defendant did not finalize his travel plans and accordingly failed to appear in court for the arraignment on March 14, 2001.

7. On March 13, 2001, the undersigned spoke with the Defendant to discuss the arraignment scheduled for the following day. The undersigned intended to inform the Defendant that local counsel would be appearing and that the Defendant should meet said local counsel at the West Palm Beach courthouse.

8. At this time, the undersigned learned that the Defendant was still in Chicago. Accordingly, first thing on March 14, 2001, the undersigned telephoned the coordinator for Magistrate Vitunac to inform her that the Defendant had mistakenly not traveled to West Palm Beach for the arraignment and to determine if the arraignment could be rescheduled to allow the Defendant to appear.

9. Because the Defendant did not appear for the arraignment on March 14, 2001, Magistrate Vitunac issued a warrant and revoked the Defendant's bond.

10. Upon learning of what occurred on March 14, 2001, the undersigned immediately caused the instant motion to be prepared on the Defendant's behalf and undertook to have his arraignment rescheduled.

11. The Defendant's failure to appear was the result of the foregoing good faith mistake and misunderstanding and not the result of any willful attempt to avoid legal process.

12. The Defendant has made every required court appearance in this matter and has otherwise fully complied with all terms and conditions of his bond.

13. The undersigned contacted the Defendant's probation officer who voiced no objection to the Defendant's bond being continued.

14. The undersigned contacted the Assistant United States Attorney who also voiced no objection to the Defendant's bond being continued.

WHEREFORE, the Defendant, NABIL AQUIL, respectfully requests that this Honorable Court recall and quash the warrant issued on March 14, 2001, reinstating the bond previously set, and for such further relief as this Court may deem fair and just.

Dated: March 19, 2001

Respectfully submitted,

By: Paul Goodman
Law Offices of Paul Goodman
Attorney for the Defendant Nabil Aquil
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602-3105
Telephone Number: 312-236-3060