# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 3/19/01     TIME: 9:30 AM

DEFT. NABIL AQUIL (SURRENDER)                    CASE NO. 00-6211-CR-HURLEY/VITUNAC
                                                                                                        (S)

AUSA. LAURENCE BARDFELD                    ATTY. PAUL GOODMAN

AGENT. DEA                                                       PWID PSEUDOEPHEDRINE
                                                                        VIOL. 21:841(a)(1), 846

                          REPORT RE: QUASHING WARRANT
PROCEEDING & ARRAIGN ON SS INDICTMENT     BOND. BOND REVOKED-$75,000 PSB

FUTURE DATES  Status Conf set 4/19/01  4/16/01

DISPOSITION *Court hereby Quashed Warrant issued on 3/14/01.*

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

*Defendant arraigned*

*Standing Discovery Order signed*

DATE: 3/19/01                    TAPE:LRJ-01- 17-864