UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS L. NAROG,
GHANDI JABER,
AHMAD ALMASRI,
NADIA ALMASRI,
~~MUTASEM AL-SALHI,~~
SABER ABDELMUTI,
RAED NASER ALDIN,
NABIL AQUIL,
NIZAR FNEICHE,
MOTLAQ JABER,
TEREK ZAKI ABU-LAWI,
RABAH EL HADDAD,
ZUHAIR MAHUMUD RABEI,
MOHOMMED SAMHAN,
    Defendants.
_____/



## ORDER RESETTING TRIAL

**THIS MATTER** come before the court *sua sponte*. The above cited case is presently set for trial on the court's March 2001, trial calendar. The government having superseded the indictment, it is

**ORDERED** and **ADJUDGED**:

1. This matter is reset for trial to the trial calendar commencing **Aprl, 2, 2001.**

2. A calendar call will be conducted on **Friday, March 23, 2001, at 1:30 p.m.** in courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida. If

arrangements are made at least **48 hours** in advance with the courtroom deputy (561/803-3452), out-of-town counsel may attend the calendar call by general conference call.

    3. **THE COURT FINDS** the resulting delay, up to the date the trial commences, excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Furthermore, the ends of justice served by taking such action outweigh the best interest of the public and the defendant with regard to a speedy trial pursuant to 18 U.S.C. § 3161.

    **DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this _17th_ day of March, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
Fred Haddad, Esq.
Glenn Seiden, Esq.
Mark E. Nejame, Esq.
Theodore W. Weeks, IV, Esq.
Bruce A. Goodman, Esq.
Timothy Biasiello, Esq.
John Howes, Esq.
Randee Golder, Esq.
Leonard P. Fenn, Esq.

For updated court information, visit unofficial Web site at http://sites.netscape.net/usctssodfla/homepage