UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

UNITED STATES OF AMERICA,

vs.

NABIL AQUIL,
        Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **Chief U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

**Defendant:**

- Jail No.: _____
- Language: ENGLISH
- Address: 837 SUNRISE PLACE
-         ROSELLE, ILLINOIS
- Tel. No: _____

**Defense Counsel:**

- Name: PAUL GOODMAN
- Address: 33 NORTH DEARBORN STREET
-         CHICAGO, ILLINOIS 60602-3105
- Tel. No: 312-236-3060

**Bond Set/Continued:** $_____

Dated this 19th day of March, 2001.

CLARENCE MADDOX, CLERK

BY _____
    Deputy Clerk

TAPE NO. LRJ-01-17
DIGITAL START NO. 864