# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/16/2001   TIME: 9:30 AM

DEFT. NABIL AQUIL (B)   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. *James Hopkins* / LAURENCE BARDFELD   ATTY. PAUL GOODMAN (RETAINED) ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.   BOND. $75,000 PSB

DISPOSITION *Status/Discovery held*

*Parties present*

*Discovery Out*

*1 month for Trial*

*Expert testimony available this Wednesday*

DATE: 4-16-01   TAPE: AEV 01-84-1