## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 09/13/2001   TIME: ~~9:30 AM~~ 11:00 AM

DEFT. NABIL AQUIL (B)          CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)

AUSA. THOMAS O'MALLEY ✓        ATTY. Jack Goldberger for PAUL GOODMAN (RETAINED)

AGENT. DEA                     VIOL. 21:841(a)(1), 846

PROCEEDING STATUS CONFERENCE   BOND. $75,000 PSB

DISPOSITION Status held

Deft & his counsel NOT present. Atty. Jack Goldberger standing in & states due to current events & travel restrictions, Deft & counsel could not attend hearing but are in contact with each other.

Ready for Trial

No pending motions

DATE: 9-13-01              TAPE: AV 01-68-240