IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-Hurley/Vitunac

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
NABIL AQUIL, et al., )
)
Defendant. )
)

## NOTICE OF ADOPTION

NOW COMES the Defendant, NABIL AQUIL, by and through his attorney, PAUL GOODMAN of the LAW OFFICES OF PAUL GOODMAN, and hereby gives notice that the Defendant adopts the Motion to Remove the Instant Matter from the October Trial Call filed by the Defendant, NIZAR FNEICHE, as if said motion was filed on behalf of the Defendant, NABIL AQUIL.

Dated: September 26, 2001

Respectfully submitted,

Paul Goodman
Law Offices of Paul Goodman
Attorneys for Defendant Nabil Aquil
33 North Dearborn Street - Suite 1015
Chicago, Illinois 60602-3105
Telephone Number: 312-236-3060 x12
Facsimile Number: 312-236-5498

Fred Haddad, Esquire
One Financial Plaza
Suite 2612
Ft. Lauderdale, Florida 33394

Richard Hamer, Esquire
2437 Briarcrest Road
Beverly Hills, CA 90210

Randee Golder, Esquire
P.O. Box 3756
Boynton Beach, Florida 33424-3756

John Howes, Esquire
633 S.E. 3rd Avenue
Suite 4-F
P.O. Box 697
Ft. Lauderdale, Florida 33302-0697

Tim Biasello, Esquire
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

Glenn Seiden, Esquire
33 North Dearborn Street
Suite 1015
Chicago, IL 60602-3105

Mark NeJame, Esquire
One South Orange Avenue
Suite 304
Orlando, Florida 32801

Theodore Weeks, IV, Esquire
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 22802-003

Thomas A. O'Malley
Assistant United States Attorney
500 East Broward Boulevard - Suite 700
Fort Lauderdale, Florida 33394

Charles White, Esquire
2250 S.W. 3rd Avenue
Suite 150
Miami, Florida 33129