# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

NABIL AQUIL

## WARRANT FOR ARREST

CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC (s)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __NABIL AQUIL__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] SUPERSEDING Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR FOR ARRAIGNMENT ON SUPERSEDING INDICTMENT

in violation of Title _____ United States Code, Section(s) _____

CLARENCE MADDOX | CLERK OF COURT
Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | MARCH 14, 2001, WEST PALM BEACH, FLORIDA
Date and Location

Bail fixed at $ __NO BOND__ by _____
Name of Judicial Officer
ANN E. VITUNAC, UNITED STATES MAGISTRATE JUDGE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Returned unexecuted per Order for Dismissal dated 3/19/01

| DATE RECEIVED 3/14/01 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER Barry Golden, ASDUSM |
|---|---|---|
| DATE OF ARREST 3/19/01 | | |