UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,

          Plaintiff,

v.

THOMAS NAROG, et al.

          Defendants.
_____/

FILED by ___ D.C.
FEB - 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### DEFENDANT'S WAIVER OF RIGHT TO ATTEND SIDE-BAR CONFERENCES

Now comes the defendant, Nabil Aquil, and notifies the court that, after consultation with counsel, he knowingly, voluntarily, and intelligently waives his right to attend side-bar conferences during the selection of the jury. The defendant also states that he finds communication with defense counsel to be a sufficient and satisfactory method for staying apprised of the factual and legal matters which may arise during such conferences.

EXECUTED in open court in West Palm Beach, Florida, this 4th day of February, 2002.

_____
Nabil Aquil

SIGNED before me this 4th day of February, 2002.

_____
Daniel T. K. Hurley
U.S. District Judge