UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**NABIL AQUIL,**

    **Defendant.**
_____/

FILED by _____ D.C.

MAR 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## VERDICT

As to the Defendant **NABIL AQUIL**, we, the jury, unanimously find as follows:

### COUNT 1

As to the charge of conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1:

_____                     __X_____
Guilty                                                        Not Guilty

## COUNT 11

As to the charge of knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11:

_____  Guilty

\_\_\_\_X_____  Not Guilty

**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this 12th day of March, 2002.

_____
Foreperson's Signature

Willa J. Hetzler
Foreperson Print Name