# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NABIL AQUIL,
    Defendant.
-------------------------------------------/



## JUDGMENT OF ACQUITTAL

THE DEFENDANT, Nabil Aquil, having been tried by a jury of his peers at the United States Courthouse, West Palm Beach, Florida, was found not guilty on March 12, 2002, of the following offenses: Conspiring to possess and distribute pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 1 of the Indictment and knowingly and intentionally possessing and distributing pseudoephedrine knowing or having reasonable cause to believe that it would be used to manufacture a controlled substance as charged in Count 11 of the Indictment. For that reason, it is

**ORDERED** and **ADJUDGED**:

1. The defendant, Nabil Aquil, is hereby adjudged to be not guilty and forthwith discharged from the above cited case.

2. All bond monies and properties of value held by this court in connection with these offenses shall be released.

DONE and SIGNED in Chambers at West Palm Beach, Florida, this 28th day of March, 2002.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Thomas O'Malley
Paul Goodman, Esq.
United States Pretrial Services
Clerk, United States District Court