1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
 2                    NORTHERN DIVISION

 3

 4  UNITED STATES OF AMERICA,  ) Docket No.
                               ) 00-6211-CR-HURLEY
 5                 Plaintiff,  )
    vs.                        ) West Palm Beach, Florida
 6                             ) February 4, 2002
    THOMAS NAROG,              )
 7  RABEH EL HADDAD, and       )
    MOHAMMED SAMHAN, et al.,   )   VOLUME 1
 8                             )
                  Defendants.  )
 9  _____x

10

11          COURT REPORTER'S TRANSCRIPT OF
         TESTIMONY AND PROCEEDINGS HAD BEFORE
12         JUDGE DANIEL T. K. HURLEY AND A JURY

13
    APPEARANCES:
14
    For the Government:     THOMAS O'MALLEY, ESQ.
15                          WILLIAM T. ZLOCH, ESQ.
                            Assistant U.S. Attorney
16
    For Defendant Narog:    FRED HADDAD, ESQ.
17
    For Defendant Aldin:    CHARLES G. WHITE, ESQ.
18
    For Defendant Aquil:    PAUL GOODMAN, ESQ.
19
    For Defendant Fneiche:  TIMOTHY BIASIELLO, ESQ.
20
    For Defendant El Haddad:JOHN R. HOWES, ESQ.
21
    For Defendant Samhan:   RICHARD A. HAMAR, ESQ.
22

23  Court Reporter:         Pauline A. Stipes, C.S.R., C.M.

24                     PAULINE A. STIPES
                       Official Reporter
25                  U. S. District Court
```