711

```
 1                 IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                        NORTHERN DIVISION

 3

 4    UNITED STATES OF AMERICA,  )  Docket No.
                                 )  00-6211-CR-HURLEY
 5                    Plaintiff, )
      vs.                        )  West Palm Beach, Florida
 6                               )  February 11, 2002
      THOMAS NAROG,              )
 7    RABEH EL HADDAD, and       )
      MOHAMMED SAMHAN, et al.,   )     VOLUME 5
 8                               )
                    Defendants.  )
 9    _____    x

10

11              COURT REPORTER'S TRANSCRIPT OF
            TESTIMONY AND PROCEEDINGS HAD BEFORE
12          JUDGE DANIEL T. K. HURLEY AND A JURY

13

      APPEARANCES:
14
      For the Government:      THOMAS O'MALLEY, ESQ.
15                             WILLIAM·T. ZLOCH, ESQ.
                               Assistant U.S. Attorney
16
      For Defendant Narog:     FRED HADDAD, ESQ.
17
      For Defendant Aldin:     CHARLES G. WHITE, ESQ.
18
      For Defendant Aquil:     PAUL GOODMAN, ESQ.
19
      For Defendant Fneiche:   TIMOTHY BIASIELLO, ESQ.
20
      For Defendant El Haddad:JOHN R. HOWES, ESQ.
21
      For Defendant Samhan:    RICHARD A. HAMAR, ESQ.
22

23    Court Reporter:          Pauline A. Stipes, C.S.R., C.M.

24                             PAULINE A. STIPES
                                 Official Reporter
25                           U. S. District Court
```