IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Docket No. |
| | ) 00-6211-CR-HURLEY |
| Plaintiff, | ) |
| vs. | ) West Palm Beach, Florida |
| | ) February 12, 2002 |
| THOMAS NAROG, | ) |
| RABEH EL HADDAD, and | ) |
| MOHAMMED SAMHAN, et al., | ) |
| | ) VOLUME 6 |
| Defendants. | ) |

COURT REPORTER'S TRANSCRIPT OF
TESTIMONY AND PROCEEDINGS HAD BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

| | |
|---|---|
| For the Government: | THOMAS O'MALLEY, ESQ. |
| | WILLIAM T. ZLOCH, ESQ. |
| | Assistant U.S. Attorney |
| For Defendant Narog: | FRED HADDAD, ESQ. |
| For Defendant Aldin: | CHARLES G. WHITE, ESQ. |
| For Defendant Aquil: | PAUL GOODMAN, ESQ. |
| For Defendant Fneiche: | TIMOTHY BIASIELLO, ESQ. |
| For Defendant El Haddad: | JOHN R. HOWES, ESQ. |
| For Defendant Samhan: | RICHARD A. HAMAR, ESQ. |
| Court Reporter: | Pauline A. Stipes, C.S.R., C.M. |

PAULINE A. STIPES
Official Reporter
U. S. District Court