UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6211-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,
            Plaintiff,

VS.

THOMAS NAROG    (J)#55409-004
            Defendant.
_____/



## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    WARDEN of FCI MIAMI

        UNITED STATES MARSHAL
        WEST PALM BEACH, FLORIDA

        It appearing that defendant in the above case, **THOMAS NAROG , USM#55409-004**, is confined at FCI, MIAMI, FLORIDA, and that this case is set for a Motion to Suppress Physical Evidence and Statements at **10:30 A.M. on February 23, 2005, in Courtroom 108, First Floor at the United States Courthouse, 300 Sixth Street, Fort Pierce, Florida , before The Honorable Chief United States Magistrate Judge Ann E. Vitunac** and that it is necessary for said defendant to be before this Court for said proceeding.

        NOW, THEREFORE, this is to command you, United States Marshal, that you have the body of the said THOMAS NAROG, Prisoner No. #55409-004  now detained in custody as aforesaid, under safe and secure conduct,  before this Court at the **U.S. Courthouse, 300 Sixth Street, Fort Pierce, Florida, on or before 10:30 A.M. on February 23 2005,** and upon completion of proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

        This is also to command you, the Warden of FCI MIAMI, FLORIDA,  to deliver into the custody of the United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

        DONE AND ORDERED in West Palm Beach, Florida, this _____ *10* _____ day

of _____ *Feb* _____, 2005.

                                                    _____
                                                    JAMES C. PAINE
                                                    U.S. DISTRICT COURT JUDGE
                                                    *Magistral*

Copies provided to:

Honorable Daniel T.K. Hurley
Laurence Bardfeld, AUSA
Kevin Kulik, Esquire
U.S. Marshal (3 certified copies)
Chief Probation Officer
Warden, FCI, MIAMI, FLORIDA